**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, August 1, 2007
**Case Number:** CR-07-00487-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        UNITED STATES OF AMERICA V. FIDEL CARBAJAL NOGUEDA

|  PLAINTIFF | DEFENDANT |
|:---:|:---:|
| United States | Fidel Carbajal Nogueda |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Jay Rorty |

PROCEEDINGS:
  Disposition and Sentencing hearing held.  Counsel and defendant are present.
  Defendant pleads guilty to Count 1 of the Information.
  Defendant is sentenced to 30 months prison; 3 years supervised release;
  and $100.00 special assessment.